IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                   CASE NO. 09-40606TLH4

MCGILL, PATRICIA WALKER

                                                   CHAPTER 7

        Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

      Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 8 | Student Loan Xpress, Inc.<br>c/o Education Loan Servicing Corporation,<br>Attention: Claims Department,1500 West 3<br>Cleveland, OH 44113 | $1,073.61 |

                                                  /s/ Theresa M. Bender
                                                  THERESA M. BENDER
                                                  CHAPTER 7 TRUSTEE
                                                  Theresa M. Bender, P.A.
                                                  Post Office Box 14557
                                                  Tallahassee, FL  32317
                                                  PH:  (850) 205-7777
                                                  FL. Bar # 0749486
                                                  Tmbenderch7@yahoo.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Student Loan Xpress, Inc.
c/o Education Loan Servicing Corporation, Attention: Claims Department,1500 West 3
Cleveland, OH 44113

Dated: 11/29/2011                                          /s/ Theresa M. Bender